IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BROAD STREET PARTNERS,

                 MEMORANDUM

  Plaintiff,

                 12-cv-194-bbc

  v.

KIMBERLY SCHAEFER, ELAN BLUTINGER,
EDWARD RENSI, HOWARD SILVER,
JOSEPH VITTORIA, GREAT WOLF RESORTS, INC.,
K-9 HOLDINGS, INC., K-9 ACQUISITION, INC.,
K-9 INVESTORS, L.P., APOLLO MANAGEMENT, VII, LP,
APOLLO GLOBAL MANAGEMENT, LLC
and RANDALL CHURCHEY,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  A telephone status conference was held in this case on April 27, 2012, to discuss the status of the Delaware court proceedings and how it relates to plaintiff Broad Street Partner's motion for preliminary injunction and defendants' motion to stay this case. Plaintiff appeared by Richard Brualdi. Defendants Kimberly Schaefer, Elan Blutinger, Edward Rensi, Howard Silver, Joseph Vittoria, Randall Churchey and Great Wolf Resorts, Inc., appeared by Mary Turke and Albert Bianchi. Defendants K-9 Holdings, Inc., K-9

1

Acquisition, Inc., K-9 Investors, L.P. Apollo Management VII, LP, and Apollo Global Management LLC, appeared by Donald Schott. Eric Stone and Elena Norman as well as other counsel involved in the pending Delaware actions were allowed to participate in the conference call although they are not members of the bar of this court.

At the hearing, counsel for both sides argued their positions on the effect of the proposed settlement of the Delaware lawsuit on plaintiff's motion for preliminary injunction. After hearing argument from both sides, I concluded that plaintiff's response to defendants' motion to stay proceedings and defendants' response to plaintiff's motion for a preliminary injunction remain due on or before Monday, April 30, 2012 at noon. In addition, between now and the time of the hearing at 3:00 p.m. on Monday, April 30, 2012, plaintiff is to produce for deposition a knowledgeable shareholder of Broad Street Partners.

Another telephonic status conference is set for Monday, April 30, 2012 at 3:00 p.m. CST., to determine whether a hearing on plaintiff's motion for preliminary injunction is necessary. Plaintiff is to initiate the conference call to chambers at (608) 264-5447.

Entered this 27th day of April, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2